

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00141-CR

| | | |
|---|---|---|
| MACK DAVIS AKA MARK DAVIS, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1586736D) |
| | § | October 27, 2022 |
| V. | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr